IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE GARAY | : | CIVIL ACTION |
| v. | : | |
| GEORGE PATRICK, et al. | : | NO. 05-CV-5669 |

## **O R D E R**

AND NOW, this 5th day of February, 2010, after a *de novo* review, IT IS HEREBY ORDERED that:

1. The Magistrate Judge's Report and Recommendation is APPROVED and ADOPTED.

2. The petitioner's objections are OVERRULED.

3. The petition for writ of *habeas corpus* is DENIED with prejudice.

4. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR.